# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
Rebecca Olmstead,  
                              Plaintiff  
Residential Plus Mortgage Corporation,  
an Illinois Corporation, and Kelly Zoudo,  
                              Defendants.

Case Number: 08 C 142

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Residential Plus Mortgage Corporation  
Kelly Zoudo

| |
|---|
| NAME (Type or print)<br>William D. Kelly, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ William D. Kelly |
| FIRM<br>Kelly & Karras, Ltd. |
| STREET ADDRESS<br>619 Enterprise Drive, Suite 205 |
| CITY/STATE/ZIP<br>Oak Brook, IL 60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6182839 | TELEPHONE NUMBER<br>630-575-0202 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ]