IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REBECCA OLMSTEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 C 142 |
| | ) | |
| RESIDENTIAL PLUS MORTGAGE | ) | Judge: Lienenweber |
| CORPORATION, an Illinois corporation, | ) | |
| and KELLY ZOUDO | ) | Magistrate Judge: Nolan |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

TO:   George S. Bellas, Esq.
    William P. Boznos, Esq.
    Bellas & Wachowski
    15 N. Northwest Highway
    Park Ridge, IL 60068

I, the undersigned attorney, certify that I served **ANSWER TO COMPLAINT** to the above-named individual(s) at the address(es) hereinabove stated, and deposited the same in the U.S. Mail at 619 Enterprise Drive, Suite 205, Oak Brook, Illinois 60523, before 5:00 p.m. on March 6, 2008.

                                    s/ William D. Kelly, Esq.

William D. Kelly, Esquire
**KELLY & KARRAS, LTD**.
619 Enterprise Drive, Suite 205
Oak Brook, Illinois  60523
(630) 575-0202
ARDC No. 06182839