IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA OLMSTED, ) | |
| ) | |
| Plaintiff ) | Case No. 08 C 142 |
| ) | |
| v. ) | Judge: Leinenweber |
| ) | |
| RESIDENTIAL PLUS MORTGAGE CORPORATION ) | Magistrate Judge: Nolan |
| an Illinois Corporation, and ) | |
| KELLY ZOUDO ) | JURY TRIAL REQUESTED |
| Defendants ) | |

## NOTICE OF MOTION

To: William D. Kelly, III, Esq.
Kelly & Karras, Ltd.
619 Enterprise Drive
Suite 205
Oak Brook, IL 60523

PLEASE TAKE notice that on the **24th day of April, 2008 at 9:00a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Harry D. Leinenweber in the McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, Rm. 1941, and then and there present **Plaintiff's Motion to Reassign,** a copy of which was sent to you electronically on April 1st, 2008.

_____
WILLIAM P. BOZNOS