# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 142 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Rebecca Olmsted vs. Residential Plus Mortgage Corp. | | |

**DOCKET ENTRY TEXT**

For discovery purposes, Plaintiff's Motion to Reassign Case No. 08 C 419, *Westcott v. Residential Plus Mortgage Corporation and Kelly Zoudo*, pending before Judge Robert W. Gettleman based on relatedness is granted. Status hearing set for 5/28/2008 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | WAP |
|---|---|---|

## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 142 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Rebecca Olmsted vs. Residential Plus Mortgage Corp. | | |

**DOCKET ENTRY TEXT**

For discovery purposes, Plaintiff's Motion to Reassign Case No. 08 C 419, *Westcott v. Residential Plus Mortgage Corporation and Kelly Zoudo*, pending before Judge Robert W. Gettleman based on relatedness is granted. Status hearing set for 5/28/2008 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | WAP |
|---|---|---|