## CONSENT TO BECOME A PARTY PLAINTIFF
## UNDER THE FAIR LABOR STANDARDS ACT

Rebecca Olmsted (herein "Plaintiff") submits this written consent to become a Party Plaintiff in an action under the Fair Labor Standards Act. Plaintiff consents to becoming a party plaintiff in an action against the Defendants Residential Plus Mortgage Corporation and Kelly Zoudo under the Fair Labor Standards Act, 29 U.S.C. §201, et. seq., and state statutes because of the Defendants' failure to pay overtime pay and wages.

Dated: July 28, 2008

*Rebecca Olmsted*
Rebecca Olmsted



EXHIBIT 1