**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Rebecca Olmsted

                          Plaintiff,

v.                                               Case No.: 1:08−cv−00142
                                               Honorable Harry D. Leinenweber

Residential Plus Mortgage Corporation, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 8/19/2008. Status hearing set for 9/18/2008 at 09:00 AM. Defendants given 9/19/2008 in which to answer or otherwise plead.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.